JAMES B. M. GROSVENOR et al., Appellants, *v.* ISAAC SICKLE, Respondent.

(Submitted April 24, 1888; decided June 5, 1888.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made January 24, 1888, which reversed an order of Special Term denying a motion to vacate an attachment.

*Moses R. Crow* for appellants.

*Blumenstiel & Hirsch* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

———

JOHN N. CORNELL, Appellant, *v.* DANIEL DONOVAN et al., Respondents.

(Submitted April 24, 1888; decided June 5, 1888.)

APPEAL from order of the General Term of the Court of Common Pleas for the city and county of New York, made December 5, 1887, which denied a motion to dismiss the appeal herein.

*Horace Secor, Jr.,* for appellant.

*Joseph C. Wolff* and *Nathaniel C. Moak* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.